1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JARMAAL LARONDE SMITH,

11            Petitioner,                   No. CIV S- 07-2004 LKK GGH P

12        vs.

13   LEANNE CRONES, et al.,

14            Respondents.                  ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  By Order, filed on 11/20/07, this court directed

18   respondent to file a response to petitioner's application within thirty days from the date of that

19   order.  See Rule 4, Fed. R. Governing § 2254 Cases.  On 11/30/07, petitioner filed a letter

20   directed to the Clerk of the Court, indicating that petitioner would like to attach additional claims

21   to his petition, unidentified claims which are yet to exhausted, and then to seek a stay of the

22   petition, pending state court exhaustion.

23            Accordingly, the court makes the following ORDERS:

24            1.  The Order, filed on 11/20/07, is hereby vacated;

25            2.  The petition is dismissed with leave granted within thirty days for petitioner to

26   file an amended petition, setting forth all claims, exhausted and unexhausted, for which

                                           1

1    petitioner shall demonstrate good cause for having failed to exhaust state court remedies as to

2    any unexhausted claim;

3            3.   In addition, within the same thirty-day period, petitioner shall file a motion for

4    the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the

5    unexhausted claims; and

6            4.   Should respondent object to any motion to stay the petition, respondent must

7    file any opposition within thirty days of service of the amended petition and motion;

8            5.   Any reply thereto must be filed by petitioner within twenty days thereafter.

9    DATED: 12/10/07

                                            /s/ Gregory G. Hollows
10
                                            _____
                                            GREGORY G. HOLLOWS
11                                          UNITED STATES MAGISTRATE JUDGE

12   GGH:009
     smit2004.ord
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2