IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARMAAL LARONDE SMITH,** | CIV S- 07-2004 LKK GGH |
| Petitioner, | **ORDER** |
| v. | |
| **LEANNE CRONES, et al.,** | |
| Respondents. | |

     Respondent, on 12/13/07, requested a 30-day Enlargement of Time, to and including January 19, 2008, to file a response to the petition, pursuant to the court's Order, filed on 11/20/07.  However, on 12/10/07, this court vacated the 11/20/07 Order.  Respondent's attention is directed to the Order, filed on 12/10/07 (docket entry # 7), and respondent's request is denied as moot.

Dated: 12/18/07                      /s/ Gregory G. Hollows
                                                   U.S. Magistrate Judge

smit2004.dny