1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JARMAAL LARONDE SMITH,

11           Petitioner,                        No. CIV S- 07-2004 LKK GGH P

12       vs.

13   LEANNE CRONES, et al.,

14           Respondents.                       ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has unnecessarily complicated this

18   proceeding by filing conflicting requests.  In sum, by Order, filed on 11/20/07, this court had

19   directed respondent to file a response to petitioner's application within thirty days from the date

20   of that order.  However, in response to a request by petitioner, filed on 11/30/07,  the court

21   vacated the Order, filed on 11/20/07, and dismissed the petition with leave granted for petitioner

22   to file an amended petition, setting forth all exhausted and unexhausted claims and directing

23   petitioner to file a motion for the court to hold the proceedings in abeyance pending exhaustion

24   of state court remedies as to the unexhausted claims.  Subsequently, the court, on 12/18/07,

25   issued an Order directing respondent's attention to the 12/10/07 Order, and denying as moot

26   respondent's request for an extension of time to file a response to the petition.

                                                1

1    However, petitioner's latest filing, on 12/17/07, indicates that he is unable to show

2  the requisite good cause for having failed to exhaust state court remedies as to any unexhausted

3  claim and now wishes to proceed only as to the grounds set forth in the original petition.  The

4  court will now vacate its Order, filed on 12/10/07, and re-set the briefing of this matter;

5  **petitioner is cautioned to make no further request to modify the manner in which this**

6  **matter should proceed**.

7    Accordingly, IT IS ORDERED that:

8    1.  The Order, filed on 12/10/07, is VACATED;

9    2.  Respondents are directed to file a response to petitioner's original petition

10  within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

11  answer shall be accompanied by any and all transcripts or other documents relevant to the

12  determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254

13  Cases;

14    3.  Petitioner's reply, if any, shall be filed and served within thirty days of service

15  of an answer;

16    4.  If the response to petitioner's application is a motion, petitioner's opposition or

17  statement of non-opposition shall be filed and served within thirty days of service of the motion,

18  and respondents' reply, if any, shall be filed within fifteen days thereafter.

19  DATED: 12/21/07

/s/ Gregory G. Hollows

20  

GREGORY G. HOLLOWS
21  UNITED STATES MAGISTRATE JUDGE

22  GGH:009
smit2004.rsp
23  

24  

25  

26  

2