IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARMAAL LARONDE SMITH,** | CIV S- 07-2004 LKK GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **LEANNE CRONES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's

Application for a Thirty-Day Enlargement of Time, to and including February 19, 2008, to file a

response to the petition, is granted.


Dated: 01/15/08                                    /s/ Gregory G. Hollows
                                                   U.S. Magistrate Judge

smit2004.po

[Proposed] Order

1