IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARMAAL LARONDE SMITH,** | CIV S- 07-2004 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **LEANNE CRONES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application for a twenty-day Enlargement of Time, to and including March 10, 2008, to file a response to the petition, is granted.

Dated: 02/22/08           /s/ Gregory G. Hollows
                          U.S. Magistrate Judge

smit2004.po2

[Proposed] Order

1