IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Petitioner,               No. CIV S-07-2004 LKK GGH P

    vs.

LEANN CRONES, et al.,

    Respondents.          <u>ORDER</u>

                                      /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time in this submitted habeas.

        Accordingly, IT IS HEREBY ORDERED that petitioner's May 16, 2008 motion for appointment of counsel (Docket #21) is denied without prejudice.

DATED: 06/10/08

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
smit2004.110